**OUTTEN & GOLDEN LLP**
Rachel Bien
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH HERNANDEZ and ANA O'KEEFE, on behalf of themselves and those similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>       Defendants. | Case No. 15 Civ. 230 (VSB) |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Preliminary Approval ("Bien Decl."), Plaintiffs respectfully request that the Court enter an Order:

  (1) granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Ex. A to the Bien Decl.;

  (2) certifying the proposed class for settlement purposes;

(3)     appointing Outten & Golden LLP as Class Counsel;

(4)     approving the proposed Notice of Proposed Settlement of Class Action and Collective Action Lawsuit and Fairness Hearing, attached as Ex. C to the Bien Decl.; and

(5)     granting such other, further, or different relief as the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated:  February 12, 2015
         New York, New York

>                         Respectfully submitted,
>                         **OUTTEN & GOLDEN LLP**
>
>                         /s/ Rachel Bien
>                         Rachel Bien
>
>                         **OUTTEN & GOLDEN LLP**
>                         Rachel Bien
>                         3 Park Avenue, 29th Floor
>                         New York, New York 10016
>                         Telephone:  (212) 245-1000
>
>                         *Attorneys for Plaintiffs*