**OUTTEN & GOLDEN LLP**
Rachel Bien
Olivia J. Quinto
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH HERNANDEZ and ANA O'KEEFE, on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>     Defendants. | Case No. 15 Civ. 230 (VSB) |

## NOTICE OF PLAINTIFF'S MOTION FOR
## APPROVAL OF SERVICE PAYMENT AND OTHER SETTLEMENT PAYMENTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for

Approval of Service Payment and Other Settlement Payments, in the Declaration of Rachel Bien

in Support of Plaintiff's Motions for Certification of the Settlement Class, Final Approval of the

Class Action Settlement, and Approval of the FLSA Settlement; Approval of Attorneys' Fees

and Reimbursement of Expenses; and Approval of Service Payment and Other Settlement

Payments ("Bien Decl."), and the supporting exhibits attached thereto, Plaintiff respectfully

requests that the Court enter an Order:

  (1)  granting Edith Hernandez a service payment of $10,000 to be paid from the
       settlement fund;

  (2)  granting Maria Robayo and Dinora Dijols $10,000 each as settlement payments to
       be paid from the settlement fund; and

2

(3)    granting such other, further, or different relief as the Court deems just and proper.

.

Dated: June 3, 2015
      New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Rachel Bien
Rachel Bien

**OUTTEN & GOLDEN LLP**
Rachel Bien
Olivia J. Quinto
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
***Attorneys for Plaintiff and the Class***